In the Matter of GEORGE J. GILLESPIE et al., Constituting the the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate in the County of Ulster. ANDREW J. SNYDER et al., Respondents. (Consolidated Rondout Riparian Section Nos. 3, 4, 5 and 6.)

Argued February 27, 1947; decided April 17, 1947.

*Charles E. Murphy, Corporation Counsel (Herman E. Gott-fried* and *Francis T. Murray* of counsel), for appellant.

*Kenneth S. MacAffer* and *Lloyd R. Le Fever* for respondents.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: LOUGHRAN, Ch. J.